

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00399-CV

In the Interest of **D. M.**, A Child,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02386
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

        In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that no costs shall be assessed against Appellant in relation to this
appeal because she qualifies as indigent. *See* TEX. R. APP. P. 20.

        SIGNED November 24, 2014.

_____
Karen Angelini